714

Commonwealth *v.* Miles, Appellant.

Before Walsh, J.

Submitted June 18, 1974. *Robert T. Gownley, Jr.,* Assistant Public Defender, for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Before Bloom, J.

Argued June 18, 1974. *David E. Auerbach,* Assistant Public Defender, for appellant; *John G. Siegle,* Assistant District Attorney, with him *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moore, Appellant.

Before Shadle, J.

Submitted March 11, 1974. *Glenn C. Vaughn,* Assistant Public Defender, for appellant; *Joel O. Sechrist,* Assistant District Attorney, *Morrison B. Williams,* First Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Order affirmed.